Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

September 28, 2021

**MEMORANDUM ENDORSEMENT**

*Document Electronically Filed*
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:    Desir v. Commissioner of Social Security
                  Civil Action No: 1:21-cv-02181-GWG

Dear Judge Gorenstein:

      This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to serve her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on October 4, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion. Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

      If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **December 3, 2021**. Subsequently, in accordance with the pattern of the Scheduling Order issued by this Court (Dkt. No. 16), the Commissioner's response to the Motion for Judgment on the Pleadings would then be due **February 4, 2022**. Plaintiff's Reply would then be due **February 25, 2022**. Defendant's reply, with respect to Defendant's motion would then be due **March 11, 2022.**

Thank you for your consideration.        Respectfully submitted,

                                                    */s/ Howard D. Olinsky*
                                                    Howard D. Olinsky, Esq.
                                                    Bar Code H06529
                                                    Counsel for Plaintiff

CC [via ECF]: Jason Peck, Esq. and Peter William Jewett, Esq. (Counsel for Defendant)

**SO ORDERED.** The proposed schedule is approved.

Dated: September 29, 2021
       New York, NY                                            **Honorable Gabriel W. Gorenstein**

**U.S. Magistrate Judge**