**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RUDY DESIR,

                Plaintiff,                21 **CIVIL** 2181 (GWG)

      -v-                                **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 15, 2021, this Court has reversed the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case for further proceedings administrative proceedings. Final judgment is entered in favor of Plaintiff, reversing the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:** New York, New York
          December 15, 2021

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                       **BY:**      K. Mango
                                                **Deputy Clerk**